# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ALBERTA AUGUSTUS** | **CIVIL ACTION** |
| **VERSUS** | **NO: 10-0169** |
| **THE SALVATION ARMY** | **SECTION: "I" (4)** |

## ORDER TO REVOKE AND RESCIND

On August 18, 2010, the undersigned issued an Order **(R. Doc. 28)** denying an unopposed **Motion for Protective Order (R. Doc. 26)** filed by Plaintiff, Alberta Augustus, and Defendant, The Salvation Army ("Salvation Army). On August 26, 2010, Salvation Army filed a **Motion for Reconsideration (R. Doc. 28)** seeking reconsideration of the Court's denial of the unopposed Motion for Protective Order. After review, the Court finds that, while Salvation Army filed a Motion for Reconsideration, Salvation Army also filed a Protective Order which differs from the Protective Order previously considered by the Court.

A Motion for Reconsideration is an improper vehicle to raise new issues. *See White v. Gusman*, No. 07-5579, 2008 WL 4758633 (E.D. La. October 24, 2008). Nevertheless, the Court has considered the attached Protective Order, and finds that the content of the Protective Order is sufficient. However, counsel for both parties failed to sign the attached Protective Order, and therefore it must denied. To the extent the parties wish to have their Protective Order entered into the record, the parties should seek leave of the Court to enter their signed, unopposed Consent Protective Order. Accordingly,

**IT IS ORDERED** that the **Motion for Reconsideration (R. Doc. 28)** is hereby **DENIED.**

New Orleans, Louisiana, this 30th day of August 2010

_____
**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**